```
                    FILED
         CLERK, U.S. DISTRICT COURT

              FEB 10 2016

        CENTRAL DISTRICT OF CALIFORNIA
        EASTERN DIVISION    /V/ BY DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR13-00759-DMG |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION PENDING |
| v. ) | FURTHER REVOCATION |
| ) | PROCEEDINGS |
| ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| LORENZO DARNELL WILLIAMS, JR, | U.S.C. § 3143(a) (1)) |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__

District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under

18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

( ) other: _____

    and/or

B. (X)	The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (x) information in the Pretrial Services Report and Recommendation

   (x) information in the violation petition and report(s)

   (x) the defendant's nonobjection to detention at this time

   ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: 02/10/2016

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE